UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-22210-JAL-CIV-LENARD

MCGIP, LLC,

    Plaintiff,

v.

JOHN DOES 1 – 32,

    Defendants.

_____/

**PLAINTIFF'S NOTICE OF DISMISSAL OF A CERTAIN DOE DEFENDANT**

Plaintiff, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses with prejudice all causes of action in the complaint against the Doe Defendant associated with the Internet Protocol address 76.108.222.136. The respective Doe has filed neither an answer to the complaint nor a motion for summary judgment with respect to the same. Dismissal under Rule 41(a)(1) is therefore appropriate.

[intentionally left blank]

-2-

Respectfully submitted,

MCGIP, LLC

**DATED:** October 11, 2011

By:    /s/ Neil H. Rubin
NEIL H. RUBIN – Florida Bar No. 416952
Attorney E-Mail Address:
nhrubin@neilrubinlaw.com
Rubin & Bickman, PLLC
Historic City Hall
1130 Washington Avenue – Fourth Floor
Miami Beach, Florida 33139-4600
Telephone: (305) 672 – 7200, Extension '2'
Telecopier: (305) 672 - 0101
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on October 11, 2011, all counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's CM/ECF system.

                                                  /s/ Neil H. Rubin
                                               NEIL H. RUBIN