## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

MCGIP, LLC.
Plaintiff,

v.                                                            1:11-CV-22210-JAL-CIV
                                                                    Joan A. Lenard

JOHN DOES 1-32,
Defendants.

### NOTICE OF APPEARANCE

The undersigned counsel, Joanne Diez, Esq. of Steele Hansmeier PLLC, enters her appearance as co-counsel on behalf of MCGIP, LLC. in the above styled cause of action.

/s/Joanne Diez, Esq
Joanne Diez, Esq.
Steele Hansmeier PLLC
Florida Bar No.: 276110
1111 Lincoln Rd-Suite 400
Miami Beach, FL 33139
Telephone: (305)748-2102
Facsimile: (305) 748-2103
jodiez@wefightpiracy.com

Attorney for Plaintiff