UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-22210-JAL-CIV-LENARD

MCGIP, LLC,

    Plaintiff,

v.

JOHN DOES 1-32,

    Defendants.

_____/

**PLAINTIFF'S NOTICE OF DISMISSAL OF ACTION WITHOUT PREJUDICE**

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff voluntarily dismisses without prejudice all of its claims in the complaint against the remaining Doe Defendants. The Doe Defendants remaining in this case have neither filed an answer to Plaintiff's Complaint, nor a motion for summary judgment with respect to the same. Dismissal under Federal Rule of Civil Procedure 41(a)(1) is therefore appropriate.

[Intentionally left blank]

- 2 -

Respectfully submitted,

MCGIP, LLC

**DATED:** October 27, 2011

By:     /s/ Joanne Diez
JOANNE DIEZ, ESQ. (Florida Bar No. 276110)
Steele Hansmeier PLLC
1111 Lincoln Road, Suite 400
Miami Beach, FL 33139
Telephone: (305) 748 - 2102
Facsimile: (305) 748 - 2103
E-mail Address: jodiez@wefightpiracy.com

*Attorney for Plaintiff*

- 3 -

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on October 27, 2011, all counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's CM/ECF system.

                                            /s/ Joanne Diez
                                            JOANNE DIEZ, ESQ.